UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
FAX (410) 962-2698

August 1, 2002

Memo To Counsel Re: Diane Gittings v. Unum Life Insurance Company of America
Civil No. JFM-02-1994

Dear Counsel:

This will confirm the schedule set during the conference held yesterday.

| | |
|---|---|
| August 30, 2002 | Report due on whether you jointly request a mediation conference before a magistrate judge |
| September 27, 2002 | Deadline for defendant's motion for summary judgment |
| October 25, 2002 | Deadline for plaintiff's opposition to defendant's motion and cross-motion for summary judgment |
| November 15, 2002 | Deadline for defendant's opposition/reply |
| December 13, 2002 | Deadline for plaintiff's reply |

Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

J. Frederick Motz
United States District Judge

cc: Court File