IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

**DIANE GITTINGS**               *

    Plaintiff                *

v.

**UNUM LIFE INSURANCE**          * Civil Action No.: JFM-02-1994
**COMPANY OF AMERICA**

    Defendant                *

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER GRANTING LEAVE TO FILE AMENDED COMPLAINT

Upon consideration of the motion for leave to file an amended complaint, and the defendant consenting, it is this _1st_ day of _August_, 2002, ORDERED that the motion is GRANTED and that the amended complaint filed with the motion is deemed accepted and filed.

_____
Judge, United States District Court

cc:
Darren Margolis
Bierer & Margolis
926 St. Paul Street
Baltimore, MD 21202

J. Snowden Stanley, Jr.
Semmes, Bowen & Semmes
250 W. Pratt Street
Baltimore, MD 21201

