IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

DIANE GITTINGS

    Plaintiff

v.      *      Civil Action No.: JFM-02-1994

UNUM LIFE INSURANCE COMPANY *
OF AMERICA
     *
    Defendant

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### STIPULATION OF DISMISSAL WITH PREJUDICE

The Plaintiff and the Defendant, by their undersigned counsel, hereby stipulate and agree that this matter shall be dismissed with prejudice.

_____       _____
Darren Margolis       J. Snowden Stanley, Jr. (Bar No.: 00059)
Bierer & Margolis, P.A.       Semmes, Bowen & Semmes
926 St. Paul Street       250 W. Pratt Street
Baltimore, MD 21202       Baltimore, MD 21201
(410) 539-5855       (410) 539-5040

Attorneys for the Plaintiff       Attorneys for Defendant

### ORDER

The above-referenced matter is hereby dismissed with prejudice.

Date _January 9, 2003_       _____
     Judge, United States District Court
(B0308400.WPD;1)      For the District of Maryland